# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                              : NO. 910
                                                    :
APPOINTMENTS TO THE JUDICIAL      : SUPREME COURT RULES DOCKET
ETHICS ADVISORY BOARD               :
                                                    :

## ORDER

**PER CURIAM**

    **AND NOW,** this 1st day of April, 2022, pursuant to Rule 104 of the Pennsylvania Rules of the Judicial Ethics Advisory Board, it is Ordered that the following individuals are appointed as members of the Judicial Ethics Advisory Board for the specified terms of service, effective immediately:

Two-year term:

    The Honorable David J. Barton, Allegheny County
    The Honorable Linda R. Fleming, Cambria County
    Jayne F. Duncan, Esquire, Lancaster County

Four-year term:

    The Honorable Patrick F. Dugan, Philadelphia
    The Honorable Jennifer J. Patton Clancy, York County
    The Honorable Edward D. Reibman, Lehigh County

Six-year term:

    The Honorable Lori A. Dumas, Philadelphia
    The Honorable Stephen P. B. Minor, Potter County
    The Honorable Victor P. Stabile, Dauphin County

    It is further Ordered that the Honorable Linda R. Fleming is designated as the Chair, and the Honorable Stephen P. B. Minor is designated as Vice-Chair, for a period of two years, effective immediately.